1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AHMIR RINGO, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>FOUNDEVER OPERATING CORPORATION, a Delaware corporation; SITEL OPERATING CORPORATION, a Delaware corporation; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>   Defendants. | Case No. 2:25-cv-02073-GMN-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

  Plaintiff, AHMIR RINGO ("Plaintiff"), and Defendants, FOUNDEVER OPERATING CORPORATION ("Foundever") and SITEL OPERATING CORPORATION ("Sitel") (together "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of October 31, 2025 up to and including <u>November 14, 2025</u>.

  The Parties agree the requested extension is reasonable and necessary because the Parties are presently discussing further handling of the matter, including potential arbitration, and the additional time will allow the Parties to complete these discussions before engaging in motion practice. The requested extension is warranted in the interest of potentially avoiding unnecessary

1  fees and costs and in the interest of judicial efficiency.
2      This is the first request for an extension of time to respond to the Complaint. This request
3  is made in good faith and not for the purpose of undue delay.

**IT IS SO ORDERED.**

Dated: October 30, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2