UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AHMIR RINGO, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>FOUNDEVER OPERATING CORPORATION, a Delaware corporation; SITEL OPERATING CORPORATION, a Delaware corporation; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-02073-GMN-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

      Plaintiff, AHMIR RINGO ("Plaintiff"), and Defendants, FOUNDEVER OPERATING CORPORATION ("Foundever") and SITEL OPERATING CORPORATION ("Sitel") (together "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of November 14, 2025 up to and including <u>December 12, 2025</u>.

      As noted in the Parties' prior Stipulation (ECF No. 7), the Parties are engaging in discussions regarding further handling of this matter, including potential arbitration, and the additional time will allow the Parties to complete these discussions before engaging in motion practice. The additional requested extension is warranted in the interest of potentially avoiding

1  unnecessary fees and costs and in the interest of judicial efficiency.

2  This is the second request for an extension of time to respond to the Complaint. This
3  request is made in good faith and not for the purpose of undue delay.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2